**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

LILIANNE A CONCEPCION PEREZ,                          Bankruptcy Petition No.: 18-13432-LMI
aka Lilianne Concepcion Perez,
aka Lilianne Anel Concepcion Perez,                        Chapter 7
aka Lilianne Anel Concepcion,
aka Lilianne Concepcion,
aka Lilianne A Concepcion,

       Debtor.
_____/
SUNSHINE STATE CREDIT, LLC, a Florida
limited liability company,

       Plaintiff,                                          Adversary No.: 18−01265−LMI

vs.

LILIANNE A CONCEPCION PEREZ,

       Defendant.
_____/

### SUNSHINE STATE CREDIT, LLC'S NOTICE OF DISMISSAL

Plaintiff, Sunshine State Credit, LLC, a Florida limited liability company, by and through

its undersigned counsel files a Notice of Dismissal pursuant to Rule 7041, Federal Rules of

Bankruptcy Procedure, and Rule 41(a), Federal Rules of Civil Procedure, and requests this

adversary proceeding be closed.

Dated this 3rd day of March, 2020.

**ROGERS TOWERS, P.A.**

  /s/   *Mark S. Mitchell*
Mark S. Mitchell, Esq.
Florida Bar No.: 0018039
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile)
**MMitchell@rtlaw.com** (email)

Attorneys for Sunshine State Credit, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of the

Court using the Court's CM/ECF system and has been served by electronic transmission and/or

U.S. Mail postage prepaid this 3rd day of March, 2020, to:

**Debtor/Defendant:**
Lilianne A Concepcion Perez
5526 NW 199th Terrace Lot 80
Miami Gardens, FL 33055

  /s/   *Mark S. Mitchell*
          Attorney